# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEYION T. KENNEDY, <br><br> Petitioner, <br><br> v. <br><br> RAYMOND MADDEN, Warden, <br><br> Respondent. | Case No. 5:18-cv-01628-DSF (AFM) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) the previously-entered stay is lifted; and (3) the order requiring a response to the fully exhausted petition (ECF No. 7) is reinstated.

DATED: April 24, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE