# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **5:18-cv-01628-DSF-(AFM)** | Date: **June 17, 2019** |
| Title **Dameyion T. Kennedy v. Raymond Madden, Warden** | |

Present: The Honorable: **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause**

On April 24, 2019, the District Judge accepted the Magistrate Judge's Recommendation lifting the previously-entered stay and reinstating the order requiring a response to the fully exhausted petition. (ECF No. 26.) The docket sheet shows that, as late as the date of this order, respondent has not filed a response to the petition.

Accordingly, on or before **July 1, 2019**, respondent shall show cause in writing why respondent failed to file a response to the petition as required by the April 24, 2019 Order. The filing of a response to the petition by July 1, 2019, shall discharge the order to show cause.

IT IS SO ORDERED.

| | : |
|---|---|
| **Initials of Preparer** | ib |